

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00197-CV

_____

IN RE ASHRAF M. DEIRI, Relator

Original Proceeding
30th District Court of Wichita County, Texas
Trial Court No. DC30-CV2020-2215

Before Sudderth, C.J.; Kerr and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for injunctive relief and relator's motion to stay trial court proceedings and is of the opinion that relief should be denied.  Accordingly, relator's petition for injunctive relief and relator's motion to stay are denied.  The court has also considered the State's motion to dismiss for want of jurisdiction and is of the opinion that the motion should be denied as moot.  Accordingly, the State's motion to dismiss for want of jurisdiction is denied as moot.

Per Curiam

Delivered:  July 2, 2021